OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 While claimant has submitted evidentiary proof in opposition to the State’s motion for summary judgment showing facts sufficient to require a trial as to his legal capacity to enter into the memoranda of agreement dated May 22, 1973 and June 12, 1973, it is not disputed on the record that he thereafter was paid a total of $84,330 in full satisfaction of the terms of the later memorandum. We agree with the Appellate Division that proof of acceptance of such payments, together with other undisputed evidence of claimant’s co-operation
 
 *786
 
 with the Department of Law, sustains the State’s defense of accord and satisfaction.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum.
 

 Order affirmed.